pany of London. A. B. Nathan, of New York City, for appellant. M. D. Steuer, of New York City, for respondents.

PER CURIAM. Determination of Appellate Term (141 N. Y. Supp. 555) and judgments of Municipal Court reversed, and new trials ordered, with costs to appellant in all courts to abide event, upon the dissenting opinion of BIJUR, J., at Appellate Term. Settle orders on notice.

BATTLE ISLAND PAPER CO., Respondent, v. JESSUP & MOORE PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by the Battle Island Paper Company against the Jessup & Moore Paper Company. No opinion. Judgment affirmed, with costs.

BAUMAN et al., Respondents, v. HESS et al., Appellants. (Supreme Court, Appellate Division, First Department. February 6, 1914.) Action by Adolph Bauman and another against Nathaniel J. Hess and another. B. G. Paskus, of New York City, for appellants. C. L. Hoffman, of New York City, for respondents. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellants to abide event, unless plaintiffs stipulate to reduce verdict to $1,443.75, with interest from date of verdict, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

BAUMANN et al. v. ROWAN. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by C. Ludwig Baumann and others against Edmond F. Rowan. No opinion. Application denied, with $10 costs. Order signed. See, also, 144 N. Y. Supp. 600.

BAYLEY, Respondent, v. MOXIE CO., Appellant. (Supreme Court, Appellate Division, First Department. January 23, 1914.) Action by Thomas Bayley against the Moxie Company. E. C. Sherwood, of New York City, for appellant. F. X. Sullivan, of New York City, for respondent. No opinion. Judgment affirmed, with costs. Order filed.

BAYNARD v. PITTSBURG CONTRACTING CO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Rosa Baynard, as administratrix, against the Pittsburg Contracting Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1105.

BEAKEY et al., Appellants, v. EAGLE SAVINGS & LOAN CO., Respondent. (Supreme Court, Appellate Division, Second Department. January 9, 1914.) Action by Henry F. Beakey and another against the Eagle Savings & Loan Company. No opinion. Motion granted, and appeal dismissed, without costs.

BECKER et al. v. CLOAK & SKIRT MAKERS' UNION, LOCAL NO. 35, et al. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Hyman Becker and others against the Cloak & Skirt Makers' Union, Local No. 35, and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

BEEBE, Respondent, v. MacLEOD et al., Appellants. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Mary E. Beebe against Johnston MacLeod and another. No opinion. Motion denied, without costs. See, also, 144 N. Y. Supp. 1105.

BELL v. PRESS PUB. CO. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Josephine D. Bell against the Press Publishing Company. No opinion. Motion denied, with $10 costs. Order filed. See, also, 144 N. Y. Supp. 1105.

BINSWHANGER v. HEWITT et al. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Henry Binswhanger against Edward G. Hewitt and others. No opinion. Application denied, with $10 costs. Order signed. See, also, 79 Misc. Rep. 425, 140 N. Y. Supp. 143.

BIRCH, Respondent, v. FARSON et al., Appellants. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by James H. Birch against John Farson and others. P. K. Walcott, of New York City, for appellants. G. C. Lay, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

BLACKBURN, Respondent, v. INTERNATIONAL ACHESON GRAPHITE CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by Rachel Blackburn, as administratrix, etc., against the International Acheson Graphite Company.

PER CURIAM. Judgment and order affirmed, with costs. See, also, 143 App. Div. 957, 128 N. Y. Supp. 1113.

FOOTE, J., not voting.

BLUME, Respondent, v. MOLLER, Appellant. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Randolph Blume against Carl N. Moller. R. P. Beyer, of New York City, for appellant. H. L. Franklin, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

In re BOARD OF WATER SUPPLY OF CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. January